IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE RUSHING,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>) **Case No. 05-858-DRH**<br>**C/O STOUT, et al.,** )<br>)<br>    **Defendants.** ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court are defendant Brooks' Motion to Vacate Default and Motion for Extension of Time to File Answer **(Docs. 15 & 16)**.

**Fed. R. Civ. P. 55(c)** permits the Court to set aside an entry of default prior to judgment. Defendant must establish good cause for the default, quick action to correct the default, and a meritorious defense. *Breuer Electric Manufacturing Company v. Toronado Systems of America*, 687 F.2d 182, 185 (7th Cir. 1982).

The Court finds that defendant has established good cause for her failure to appear, as set forth in her motion. She has acted quickly to correct the default, has raised a meritorious defense. In addition, "No relief shall be granted to the plaintiff unless a reply has been filed." **42 U.S.C. § 1997(e)(g)(1)**.

Upon consideration and for good cause shown, defendant Brooks' Motion to Vacate Default and Motion for Extension of Time to File Answer **(Docs. 15 & 16)** are **GRANTED.**

The Clerk's entry of default **(Doc. 13)** is **VACATED**.

Defendant Brooks shall file her responsive pleading by **May 14, 2007.**

**IT IS SO ORDERED.**

DATED: May 4, 2007.                    s/ Clifford J. Proud
                                       CLIFFORD J. PROUD
                                       U.S. MAGISTRATE JUDGE