IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDDIE RUSHING,**

 **Plaintiff,**

**v.**

**C/O JIMMY W. HOLLEN,**
**C/O MICHAEL L. HOUSTON,**
**C/O DANNY R. STOUT,**
**SGT. FRANK FAIRLESS, and**
**CHRIS BROOKS,**

 **Defendants.**           Case No. 05-cv-858-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is Plaintiff's Motion to Voluntarily Dismiss (Doc. 39), filed pursuant to **Federal Rule of Civil Procedure 41(a)(2)**, seeking a Court Order of dismissal without prejudice of the remaining Defendants in this matter. A Response (Doc. 40) was filed by defendants Hollen, Houston, Stout and Fairless, stating they had no objection to the dismissal without prejudice. There was no response filed by defendant Brooks, yet as the time to respond is now past, silence will be construed as having no opposition.

  Plaintiff's Motion (Doc. 39) is **GRANTED**. Accordingly, pursuant to **Rule**

**41(a)(2)**, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 1st day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**